FILED

AUG 0 6 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LESTER LEECODY RUNSABOVE,<br><br>Defendant. | CR 14-131-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, LESTER LEECODY RUNSABOVE is hereby released from the custody of the U.S. Marshals Service.

DATED this 6th day of August, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1